UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MYRON A. GRACE, | CASE NO. 1:17 CV 2166 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | |
| ELIAS HASROUNI, et al., | MEMORANDUM OF OPINION AND ORDER |
| Defendants. | |

On October 13, 2017, Plaintiff *pro se* Myron A. Grace, of Mentor, Ohio, filed this action against Defendants Elias Hasrouni, City of Lorain Ohio Law Department, Lorain Palace Theatre and Martin Leibas. The Complaint asserts claims for breach of contract and seeks injunctive and monetary relief.

Although *pro se* pleadings are liberally construed, *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam); *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the district court is required to dismiss an action under 28 U.S.C. § 1915(e) if it fails to state a claim upon which relief can be granted, or if it lacks an arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319 (1989); *Lawler v. Marshall*, 898 F.2d 1196 (6th Cir. 1990); *Sistrunk v. City of Strongsville*, 99 F.3d 194, 197 (6th Cir. 1996).

Even construing the Complaint liberally, there is no suggestion of any possible basis for this Court's jurisdiction. Plaintiff does not invoke a federal statute in support of his claim and diversity of citizenship between Plaintiff and Defendants does not exist. This action is therefore

appropriately subject to summary dismissal. *Lowe v. Huffstutler*, No. 89-5996, 1990 WL 66822 (6th Cir. May 21, 1990).

Accordingly, this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

    S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE